IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **LARRY WASHINGTON** | **PLAINTIFF** |
| vs. | Civil Action No. 4:07-cv-98 HTW-LRA |
| **MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.** | **DEFENDANTS** |

### **FINAL JUDGMENT**

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and the objection thereto, and this court, having found said objection not well taken and having adopted said Report and Recommendation as the order of the court, hereby orders that the defendants' motion for summary judgment should be granted in favor of Dale Caskey, Bart Grimes, Angelia Horton, Kevin Hosey, and Robert Grubb. The above-styled and numbered cause is dismissed.

**SO ORDERED AND ADJUDGED, this the 29th day of September, 2009.**

**s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**